UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
THE CAYUGA INDIAN NATION OF NEW YORK,                               :
                                                                    :
                      Plaintiff,                          :
                                                                    :
         -against-                                            :   **NOTICE OF**
                                                                    :   **VOLUNTARY DISMISSAL**
CLINT HALFTOWN, SHARON L. LEROY, and                                :
ANITA THOMPSON,                                                     :   Index No. 05-CV-0195
                                                                    :   (FJS/DEP)
                      Defendants.                         :
                                                                    :
-------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that the plaintiff, the Cayuga Indian Nation of New York, voluntarily dismisses the action without prejudice pursuant to Rule 41(a)(1)(i), Fed. R. Civ. P.

Dated: New York, New York
       May 24, 2005

                                     SONNENSCHEIN NATH & ROSENTHAL LLP

                                     BY _____
                                         MARTIN R. GOLD (509482)

                                   *Attorneys for Plaintiff*
                                   1221 Avenue of the Americas
                                   New York, New York 10020
                                   (212) 768-6700

To:   Daniel J. French, Esq.
       Green & Seifter PLLC
       110 West Lafayette Street, Suite 900
       Syracuse, New York 13202                   SO ORDERED
       (315) 422-1391
       *Attorneys for Defendants*                          _____
                                                        FREDERICK J. SCULLIN, JR.
       Christopher A. Amato, Esq.                      CHIEF U.S. DISTRICT JUDGE
       99 North Pearl Street
       Albany, New York 12207                            5/26/05
       (518) 694-3325
       *Attorney for Proposed Intervenor Council Member*

9928145\V-1

Joseph J. Heath, Esq.
716 East Washington Street, Suite 104
Syracuse, New York 13210
(315) 479-2559
*Attorney for Proposed Intervenor Council Members*